

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF FLORIDA

ORLANDO FLORIDA DIVISION

JAMES D. SMITH

V

SEVEN ELEVEN INC

ASSISTANT MANAGER

NIGHT SHIFT

COMES NOW THE PLAINTIFF, BY AND THROUGH PRO SE BEING SWORN BY THIS HONORABLE COURT IN 1978,,BEING SWORN TO UPHOLD ALL LAWSOF THE UNITED STATES OF AMERICA FORTH WIT.

THIS COMPLAINT DETAILS CRIMINAL HATE, CIVIL BY DISCRIMINATION,,AND TAMPERING OF A FEDERAL WITNESS,,ASAULT,AND FOLLOWING WITH STALKING TO CAUSE DEATH.

FEDERAL CRIMINAL CHARGES 18-1512

FEDERAL CRIMINAL CHARGES 18-1513

AND CONCLUDING WITH ACCURATE TESTIMONY,,WITNESS WHOM HAVE GIVEN TESTIMONY,,ALONG WITH A DEMAND FOR VIDEO AT 336 AM ON TH 21 DAY OF JUNE 2017.

SPONCERED AND PREMOTED TO ASSISTANT MANAGER ..BY AND THROUGH VIDEO OF THIS STORE LOCATED ON RIDGEWOOD AND ORANGE AVE.DAYTONA B-EACH FLORIDA 32117.

*THIS DEFENDANT AT THE ABOVE TITLED TIME 336 AM DID VIDEO WITH SHOW BY AND THROUGH A REQUEST FOR A SUBPEANS FOR ALL AND EVERY AUDIO VIDEO OF THIS STORE FOR 24 HOURS BEFORE AND AFTER THE ABOVE TITLED TIME FRAM,,TO SHOW MALICE,,DRUG SALES ,HATE,,AND GREED OF A MAN THAT ACTUALLY LIVES HIS LIFE WITH HATE..CONSTTTUING FEDERAL CHARGE 18249*

*RACIAL HATE. PUNISHABLE 35 YEARS FEDERAL INCARCERATION,,85% BEFORE A POSSIBILITY OF ANY PAROLE.*

*THE PLAINTIFF STATES ASSAULT UPON THE DEFENDANT.A FEDERAL WITNESS*

*1978-2017  VALIDATING A FREEDOM OF JUSTICE TO ALL,,REFERENCE TO SPECIAL AGENT MARK SHAFER,,2868 ELMHILL PIKE NASHVILLE TENNESSEE 37214*

*615-232-7500.*

*THIS AFRICAN AMERICAN,,ARMED AND DANGEROUS,ALONG WITH A SECOND AFRICAN AMERICA,,UNKNOWN TO THE PLAINTIFF,,PLACE PHYSICAL DANGEROUS BODIES ON THE PLAINTIFF EQUALING ASSAULT UPON A FEDERAL SWORN WITNESS.*

*THE PLAINTIFF PREYS FOR A FEDERAL WARRANT REMOVING THIS GENTLEMAN FORM THE COMMUNITY..FORTH WITH*

*THE PLAINTIFF MOVES THIS HONORABLE COURT,,TO REFER THIS MATTER OF INDICTMENTS FORTHWIT.  PLACE THE DEFENDANT IN FEDERAL CUSTODY UNTILL TRIAL,,CIVIL FOR 1 BILLION DOLLARS,,BY AND THROUGH THE DEFENDANTS EXESCLUSIVLY SEVEN ELEVEN  ( 7-11)  RIDGEWOOD AND ORANGE AVE*

*DAYTONA BEACH FLORIDA 32117.*

*THE PLAINTIFF MOVES FOR TRAIL ON CIVIL & CRIMINAL.*

*BY A JURY OF ALL PEERS*

*FORTH WIT..AN  ARREST WARRANT FOR THE ABOVE TITLED CHARGES,,ALONG WITH THE CHARGES APPLYING UPON THE CEO OF ( 7-11)*

FORTH WIT.

HAVE MADE AN OATH BEFORE THIS HONORABLE CORT UNDER THE PENALTY OF PERJURY.

SWORN UPON THIS 21ST DAY OF JUNE 2017

-JAMES D SMITH PHONE # 770-296-8714

Nashmctwm@Gmail.com

*James D. Smith*

6-20-2017

5:32 A.M.

415 Auburn Dr.
Daytona Beach Florida
32118